O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-882 AHM (CWx) | Date | December 1, 2008 |
|---|---|---|---|
| Title | SOFIA SALVADOR, *et al.* v. PLS CHECK CASHERS OF CALIFORNIA, INC., *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:       Attorneys **NOT** Present for Defendants:

**Proceedings:**        IN CHAMBERS (No Proceedings Held)

The Court GRANTS IN PART AND DENIES IN PART Plaintiffs' *ex parte* application to extend the deadlines for pre-certification discovery and the filing of the motion for class certification.[1]  The new cut-off date for pre-certification discovery is January 12, 2009.  The new deadline for Plaintiffs to file their motion for class certification is January 26, 2009.  No further extensions of these dates will be granted.

                                                                                                    :

                                                                    Initials of Preparer        RJ

---

[1] Docket No. 66.