O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-882 AHM (CWx) | Date | February 17, 2009 |
|---|---|---|---|
| Title | SOFIA SALVADOR, *et al.*  v. PLS CHECK CASHERS OF CALIFORNIA, INC., *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| S. Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:         Attorneys **NOT** Present for Defendants:

**Proceedings:**        IN CHAMBERS (No Proceedings Held)

    Defendants have filed an "*Ex Parte* Application for an Order Setting Briefing Schedule and Hearing Date for Plaintiffs' Rule 23 Motion for Class Certification" and Plaintiffs have filed an opposition to the application, as well as a Notice of Non-Receipt of Any Opposition to their Rule 23 motion.

    Defendants failed to timely file an opposition.  They also failed to timely request a continuance or other Court intervention with respect to the parties' inability to agree upon a briefing schedule.  It is apparent from the papers that these failures stem from lead defense attorney Alisa Chevalier's departure from Locke Lord & Bissell & Liddell and the failure of counsel of record, the Locke Lord firm, to coordinate the filing of the opposition.  Although Ms. Chevalier left the firm on January 26, 2009, this *Ex Parte* Application was not filed until February 12, 2009, three days after the opposition was due.  Moreover, instead of acknowledging the missed deadline, defense counsel blames Plaintiffs for not having agreed, some months ago, to Defendants' proposed briefing schedule and asserts that Plaintiffs have deprived them of a reasonable briefing schedule.

    Plaintiffs ask that the Court disregard any late-filed opposition, deem the lack of timely opposition as consent to the granting of their motion, or impose sanctions on Defendants.  The Court will not impose such consequences on Defendants.  As a condition of avoiding the consequences of Local Rule 7-12, and as a Local Rule 83-7 sanction for lack of diligence and failure to candidly account for their own oversight, defense counsel shall reimburse Plaintiffs for reasonable attorneys' fees incurred in preparing the opposition to the *Ex Parte* Application and the Notice of Non-Receipt.

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-882 AHM (CWx) | Date | February 17, 2009 |
|---|---|---|---|
| Title | SOFIA SALVADOR, *et al.* v. PLS CHECK CASHERS OF CALIFORNIA, INC., *et al.* | | |

    The *Ex Parte* Application is DENIED.[1]  The Court *sua sponte* sets the briefing schedule on Plaintiffs' Rule 23 motion as follows: Defendants' opposition is due February 23, 2009.  Plaintiff's reply is due March 9, 2009.  The hearing is set for March 23, 2009.

                                                                                                                                                                           :

Initials of Preparer      se

---

[1] Docket No. 119.