# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-882 AHM (CWx) | Date | January 6, 2010 |
|---|---|---|---|
| Title | SOFIA SALVADOR, *et al.* v. PLS CHECK CASHERS OF CALIFORNIA, INC., *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

On December 21, 2009, the Court held a hearing on the parties' Joint Motion for Preliminary Approval of Class Settlement, granted the motion, and ordered the parties to make a number of changes to the proposed order and class notices and to file revised versions of those documents by January 4, 2010. On January 5, 2010, the parties filed an Amended Order, but this Amended Order did not incorporate all of the changes ordered by the Court at the December 21, 2009 hearing.

The parties are ORDERED to make the following changes to the Amended Order and to file a revised proposed order and revised class notices by January 11, 2010.

1) The parties shall edit the definition of the FLSA Class on page 3 of the Amended Order and page 1 of the FLSA Class Notice to indicate that the FLSA Class consists of "any current or former employee who works or has worked as a cashier or similar hourly-paid positions ("Cashier," "Teller," "Shift Supervisor," or "Customer Service Representative") at any PLS Check Cashers entity in the United States, **outside of California,** for which PLS Financial Services, Inc., provides or provided management services at any time **within** three years before timely filing a Consent to Join this Action."

2) The parties shall edit the definition of the State Class on pages 2-3 of the Amended Order and page 1 of the State Class Notice to indicate that the State Class consists of "any current or former employee who works or has worked for one or more of the following Defendants—PLS Check Cashers

O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-882 AHM (CWx) | Date | January 6, 2010 |
|---|---|---|---|
| Title | SOFIA SALVADOR, *et al.* v. PLS CHECK CASHERS OF CALIFORNIA, INC., *et al.* | | |

of California, Inc.; PLS Financial Services, Inc.; or Azteca of California—at any PLS Check Cashers location as a cashier or similar hourly-paid positions ("Cashier," "Teller," "Shift Supervisor," or "Customer Service Representative") in the State of California at any time from July 14, 2002, and continuing through preliminary approval of the Settlement ("California Class Period")." The parties shall delete the phrase "or any of them" from line 27 of page 2 of the Amended Order and shall ensure that the phrasing on page 1 of the Class Notice is identical to that in the Amended Order (they differ in the versions the parties submitted).

3) The parties shall change the semi-colons in the following locations to periods: page 3, lines 21 and 25; and page 4, lines 5, 16, and 20.

4) On page 4, line 4, the parties shall change the end of the sentence to read, ". . . at any time **within** three years prior to timely filing a Consent to Join this Action through July 11, 2009."

5) On page 7, line 9, the parties shall change the two occurrences of the word "Members'" to "Member's" so that the phrase reads: ". . . including each FLSA Class **Member's** and each State Class **Member's** right and opportunity to object to the proposed Settlement Agreement."

6) On page 7, line 12, the parties shall delete the apostrophe in "Members'" and shall insert the words "of their" immediately subsequent, so that the sentence reads: "The Court further finds that the Class Notice of Settlement fully and accurately informs FLSA Class Members and State Class **Members of their** right to be excluded from the FLSA Class and/or the State Class."

7) On page 8, line 14, the parties shall change the word "their" to "his or her" so that the phrase reads: "Any FLSA Class Member who files a timely request for exclusion shall be deemed to have withdrawn **his or her** prior Consent to Join . . . ."

/ / /

O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-882 AHM (CWx) | Date | January 6, 2010 |
|---|---|---|---|
| Title | SOFIA SALVADOR, *et al.* v. PLS CHECK CASHERS OF CALIFORNIA, INC., *et al.* | | |

If the parties fail to follow these directions yet again, the Court will consider imposing sanctions.

| | : | |
|---|---|---|
| | Initials of Preparer | SMO |